IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                      No. CR S-02-0338 GEB JFM P

   vs.

KEVIN T. DO,

      Movant.                         ORDER

_____/

        Movant is a federal prisoner proceeding through counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On October 19, 2004, movant filed a request for a continuance of this action pending resolution of two cases then pending before the United States Supreme Court, <u>United States of America v. Booker</u>, No. 04-104 and <u>United States of America v. Fanfan</u>, No. 04-105. The two cases were decided on January 12, 2005. Accordingly, movant's request is moot and will therefore be denied.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Movant's October 19, 2004 request for continuance is denied; and

/////

/////

/////

1         2. Movant is granted thirty days from the date of this order to file and serve a
2  traverse in support of his § 2255 motion.
3  DATED: April 22, 2005.

                                                  UNITED STATES MAGISTRATE JUDGE

12
do0338.sch