# ORDER TERMINATING PROBATION PRIOR TO EXPIRATION DATE

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:02CR00338** |
| ) | |
| **KEVIN T. DO** ) | |
| ) | |

On August 15, 2003, the above-named was placed on probation for a period of 3 years.

On April 18, 2006, the probationer's attorney, James Willison, filed a Motion for Early Termination of Probation and Motion for Hearing. The undersigned officer does not believe such a hearing is necessary. The undersigned has been in contact with the probationer's supervising probation officer in the Central District of California, who has advised Do has been fully compliant throughout his period of supervision and has paid the restitution ordered by the Court in full. The supervising probation officer concurs with the defense request to terminate probation early.

Do has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ kam
**Karen A. Meusling**
**Supervising United States Probation Officer**

Dated:       May 15, 2006
             Sacramento, California

Re: **Kevin T. DO**
**Docket Number:   2:02CR00338**
**ORDER TERMINATING PROBATION**
<u>**PRIOR TO EXPIRATION DATE**</u>

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.  The hearing scheduled for June 2, 2006, is vacated.

Dated:  May 22, 2006

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge


KAM:kam

cc:     United States Attorney's Office - Thomas Flynn
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office
        James M. Willison, Defense Attorney