IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                                      No. CR S-02-0338 GEB JFM P

    vs.

KEVIN T. DO,

    Movant.                                           <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        Movant is a federal prisoner proceeding through counsel with a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. Movant challenges the sentence imposed following his 2003 conviction, entered pursuant to a guilty plea, of aiding and abetting health care fraud in violation of 18 U.S.C. § 1347. Specifically, movant claims that his sentence was "not supported" by the plea agreement, that the amount of restitution ordered was based on judicial findings and was supported by neither the guilty plea nor jury findings, and that the civil forfeiture statute had been "unconstitutionally applied." (§ 2255 Motion, filed August 9, 2004, at 5.)

        The record reflects that movant was sentenced to twelve months in prison and ordered to pay restitution in the amount of $366,031.24. By order filed May 23, 2006, movant's motion for early termination from probation was granted and movant was discharged from

1

probation. In recommending that movant's motion be granted, the probation officer found, <u>inter alia</u>, that movant had paid the restitution order in full. Movant has completed his prison sentence, paid the restitution fine in full, and has been discharged from probation. There is no further relief available to movant through the instant motion. The motion is therefore moot and should for that reason be dismissed. <u>See</u> <u>Lane v. Williams</u>, 455 U.S. 624, 631 (1982).

In accordance with the above, IT IS HEREBY RECOMMENDED that:

1. Movant's August 9, 2004 motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 be dismissed as moot; and

2. The clerk of the court be directed to close the companion civil case No. 04-1609 GEB JFM P.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 24, 2006.

UNITED STATES MAGISTRATE JUDGE

12
do0338.257