IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                   2:02-cr-0338-GEB-JFM-P

  vs.

KEVIN T. DO,

    Movant.                      <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding through counsel, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 24, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 24, 2006, are adopted in full;

2. Movant's August 9, 2004 motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed as moot; and

3. The Clerk of the Court is directed to close the companion civil case, No. CIV S-04-1609 GEB JFM P.

Dated:  November 20, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

2